ARMENDO DA COSTA *v.* ROBERT E. GREGORY

It appearing that the plaintiff failed to file his appeal within the time limited by § 601 of the Practice Book and that the defendant timely filed his motion to dismiss the late appeal in accordance with the provisions of § 697, the motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Ronald D. Williams,* with whom was *Robert J. Cooney,* for the appellee (defendant).

*John J. McNamara,* for the appellant (plaintiff).

Argued May 6—decided May 6, 1975

ELLEN M. BYRNE *v.* URA D. TRICE

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joel J. Rottner,* for the appellee (defendant).

*Mary McCarthy,* for the appellant (plaintiff).